UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOHNNY LEE WILSON** | **CIVIL ACTION NO. 20-1252** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN MOREHOUSE PARISH JAIL** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Johnny Lee Wilson's claims under 18 U.S.C. § 3582 are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 28th day of December, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE